MATTHEW W. MESKELL (Cal. Bar No. 208263)
*mmeskell@twtlaw.com*
W. PAUL SCHUCK (Cal. Bar No. 203717)
*pschuck@twtlaw.com*
SONY B. BARARI (Cal. Bar No. 243379)
*sbarari@twtlaw.com*
**THOMAS WHITELAW & KATZ LLP**
Three Embarcadero Center, Suite 1350
San Francisco, California 94111-4037
Telephone:    (415) 820-0400
Facsimile:    (415) 820-0405

CHARLES K. VERHOEVEN (Cal. Bar No. 170151)
*charlesverhoeven@quinnemanuel.com*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Defendants NATERA, INC. and
DNA DIAGNOSTICS CENTER, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUENOM, INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>NATERA, INC., and DNA DIAGNOSTICS CENTER, INC.,<br><br>        Defendants,<br><br>ISIS INNOVATION LIMITED,<br><br>        Nominal Defendant. | Case No. 12-cv-0184 DMS-MDD<br><br>**NOTICE OF APPEARANCE OF W. PAUL SCHUCK ON BEHALF OF DEFENDANTS** |

135469

12-cv-0184 DMS-MDD

NOTICE OF APPEARANCE OF W. PAUL SCHUCK

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that W. Paul Schuck of Thomas Whitelaw & Katz LLP, Three Embarcadero Center, Suite 1350, San Francisco, CA 94111-4037, (415/820-0400), pschuck@twtlaw.com, hereby enters an appearance in this action as counsel on behalf of defendants Natera, Inc. and DNA Diagnostics Center, Inc.

DATED: March 5, 2012          THOMAS WHITELAW & KATZ LLP


                              By:  /s W. Paul Schuck
                                   W. PAUL SCHUCK
                                   MATTHEW W. MESKELL

                                   Attorneys for Defendants NATERA, INC. and
                                   DNA DIAGNOSTICS CENTER, INC.