MATTHEW W. MESKELL (State Bar No. 208263)
*mmeskell@twtlaw.com*
W. PAUL SCHUCK (State Bar No. 203717)
*pschuck@twtlaw.com*
SONY B. BARARI (State Bar No. 243379)
*sbarari@twtlaw.com*
**THOMAS WHITELAW & KATZ LLP**
Three Embarcadero Center, Suite 1350
San Francisco, California  94111-4037
Telephone:     (415) 820-0400
Facsimile:      (415) 820-0405

CHARLES K. VERHOEVEN (State Bar No. 170151)
*charlesverhoeven@quinnemanuel.com*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Defendants NATERA, INC. and
DNA DIAGNOSTICS CENTER, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUENOM, INC., | CASE NO. 12-cv-0184 DMS-MDD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| NATERA, INC., and DNA DIAGNOSTICS CENTER, INC., | |
| Defendants, | |
| ISIS INNOVATION LIMITED, | |
| Nominal Defendant. | |

135912

12-cv-0184 DMS-MDD

CERTIFICATE OF SERVICE

**Certificate of Service**

The undersigned hereby certifies that the following counsel of record who are deemed to have consented to electronic service were served on March 5, 2012 with a copy of the NOTICE OF APPEARANCE OF W. PAUL SCHUCK ON BEHALF OF DEFENDANTS (Docket No. 15) and, on March 6, 2012, with a copy of this CERTIFICATE OF SERVICE via the Court's CM/ECF system:

Michael J Malecek                                         Attorneys for plaintiff SEQUENOM, INC.
Kaye Scholer LLP
2 Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, CA 94306
650-319-4500
Fax: 650-319-4700
Email: michael.malecek@kayescholer.com

Peter Edward Root
Kaye Scholer LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306-2112
650-319-4506
Fax: 650-319-4906
Email: peter.root@kayescholer.com

I certify that all parties in this case that have made an appearance to date are represented by counsel who are CM/ECF participants

By:   /s  W. Paul Schuck
          W. Paul Schuck

**THOMAS WHITELAW & KATZ LLP**
Three Embarcadero Center, Suite 1350
San Francisco, California  94111-4037
Telephone:   (415) 820-0400
Facsimile:    (415) 820-0405
Email:  **pschuck@twtlaw.com**