Michael J. Malecek (State Bar No. 171034)
Email address: michael.malecek@kayescholer.com
Peter E. Root (State Bar No. 142348)
Email address: peter.root@kayescholer.com
Stephen C. Holmes (State Bar No. 200727)
Email address: stephen.holmes@kayescholer.com
KAYE SCHOLER LLP
Two Palo Square, Suite 400
3000 El Camino Real
Palo Alto, California 94306
Telephone: (650) 319-4500
Facsimile: (650) 319-4900

Attorneys for Plaintiff
Sequenom, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUENOM, INC., | Case No. 12-cv-184 DMS (MDD) |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| NATERA, INC. and DNA DIAGNOSTICS CENTER, INC. | Hon. Dana M. Sabraw |
| Defendants, | |
| and | |
| ISIS INNOVATION LIMITED, | |
| Nominal Defendant. | |

**TO THE COURT AND ALL PARTIES OF RECORD:**

On January 24, 2012, Plaintiff Sequenom, Inc. ("Sequenom") filed a complaint in the above entitled action against Defendants Natera, Inc. and DNA Diagnostics Center, Inc. and Nominal Defendant Isis Innovation Limited ("Defendants");

Defendants have yet to answer Sequenom's complaint or file a motion for summary judgment;

Sequenom wishes to voluntarily dismiss the above entitled action pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i) without prejudice, with all parties to bear their own fees and costs per L.R. 54.1(f);

**THEREFORE, Sequenom files this notice of voluntary dismissal without prejudice.**

Dated:  March 15, 2012                    Respectfully submitted,

                                          KAYE SCHOLER LLP


                                          By:   *s/ Michael J. Malecek*
                                                Michael J. Malecek
                                                Attorneys for Plaintiff
                                                SEQUENOM, INC.

## **CERTIFICATE OF SERVICE**

I, Michael J. Malecek, hereby certify that on March 15, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

Because Nominal Defendant Isis Innovation Limited has not made an appearance in the action, I am also causing a copy of this document to be served by first-class mail and email to Isis's counsel:

> Dwight Kinsey (dkinsey@ssbb.com)
> Satterlee Stephens Burke & Burke LLP
> 230 Park Avenue
> New York, NY 10169

*s/ Michael J. Malecek*
Michael J. Malecek

3
NOTICE OF DISMISSAL WITHOUT PREJUDICE                    Case No. 12-cv-184 DMS (MDD)